UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

KELLEY AMADEI, *et al.*,

                        Plaintiffs,

            -against-

KIRSTJEN NIELSEN,[1] Secretary of Homeland Security, *et al.*,

                        Defendants.

Civil No. 17-CV-05967

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears on behalf of Plaintiffs Kelley Amadei, Carola Cassaro, Laura Cucullu, Corey Fields, Anne Garrett, Amy Lanigan, Matt O'Rourke, Eric Polk, and Karen Polk, in the above-captioned action, and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon the following attorney, duly admitted to practice before this Court:

    Hugh Handeyside
    American Civil Liberties Union Foundation
    125 Broad St.—18th Floor
    New York, NY 10004
    (212) 549-2500
    hhandeyside@aclu.org

Dated: January 23, 2018

                                            s/ Hugh Handeyside
                                            Hugh Handeyside
                                            American Civil Liberties Union
                                              Foundation
                                            125 Broad St.—18th Floor
                                            New York, NY 10004
                                            (212) 549-2500
                                            hhandeyside@aclu.org

                                            *Attorney for Plaintiffs*

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Secretary Nielsen is automatically substituted as a defendant in this action in place of Elaine Duke.