

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 9, 2018

Neil K. Roman, Esq.
Joshua B. Picker, Esq.
Covington & Burling, LLP
620 Eighth Avenue
New York, NY 10018-1405

Cecelia Wang, Esq.
American Civil Liberties Union Foundation
39 Drumm Street
San Francisco, CA 94111

Hugh Handeyside, Esq.
American Civil Liberties Union
125 Broad Street, 18th Floor
New York, NY 10004

    Re: *Kelley Amadei, et al. v. Kristjen Nielsen, et al.*
      <u>Case No. 17-CV-5967 (E.D.N.Y.) (Garaufis, J.) (Scanlon, M.J.)</u>

Counselors:

  Enclosed please find the Notice of Motion, Memorandum of Law in Support of Defendants' Motion to Dismiss, and the accompanying exhibit in the above-referenced matter.

            RICHARD P. DONOGHUE
            UNITED STATES ATTORNEY
      By: s/ Dara A. Olds
            DARA A. OLDS
            Assistant United States Attorney
            (718) 254-6148
            dara.olds@usdoj.gov