# COVINGTON

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   SAN FRANCISCO
SEOUL   SHANGHAI   SILICON VALLEY   WASHINGTON

Neil K. Roman

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T  +1 212 841 1221
nroman@cov.com

**By ECF**                                                                                          April 20, 2018

Hon. Nicholas G. Garaufis
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

> **Re:  *Amadei et al. v. Nielsen et al.*, No. 17 Civ. 5967 (NGG)(VMS)**

Dear Judge Garaufis:

      We represent Plaintiffs in the above-referenced action.  In accordance with the Court's Individual Rule III.D, Plaintiffs hereby request oral argument on Defendants' motion to dismiss the Complaint.  That motion is to be fully briefed and filed today.

      Respectfully submitted,

      s/ Neil K. Roman
      Neil K. Roman

cc: All counsel; by ECF