

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 23, 2018

*VIA ECF AND INTEROFFICE MAIL*
Honorable Nicholas G. Garaufis
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    <u>Kelley Amadei, et al. v. Kirsten Nielsen, et al.</u>
             <u>Case No.: 17-CV-5967 (Garaufis, J.) (Scanlon, M.J.)</u>

Dear Judge Garaufis:

      This office represents Defendants Kirstjen M. Nielsen, Secretary of Homeland Security; Kevin K. McAleenan, Acting Commissioner of U.S. Customs and Border Protection ("CBP"); Leon Hayward, Acting Director, CBP New York Field Operations; Francis J. Russo, CBP Port Director, John F. Kennedy International Airport, Port of Entry; Thomas Homan, Acting Director, U.S. Immigration and Customs Enforcement ("ICE"); Thomas Decker, Director, New York Field Office, Enforcement and Removal Operations, ICE; and David Jennings, Director, San Francisco Field Office, ICE in the above-referenced action.

      Enclosed please find Your Honor's courtesy copies of the Defendants' fully-briefed Motion to Dismiss the Complaint, electronically filed on April 20, 2018:

- Notice of Motion to Dismiss the Complaint, Defendants' Memorandum of Law in Support, and Declaration of Francis J. Russo (Dkt No. 32);
- Plaintiffs' Opposition to Defendants' Motion to Dismiss the Complaint (Dkt. No. 33); and;
- Defendants' Memorandum of Law in Reply, Declaration of Dara A. Olds, and Exhibit A (Dkt. No. 34).

        Respectfully submitted,

        RICHARD P. DONOGHUE
        UNITED STATES ATTORNEY

By:   s/ Dara A. Olds
        DARA A. OLDS
        Assistant United States Attorney
        (718) 254-6148
        dara.olds@usdoj.gov

cc:    Hon. Vera M. Scanlon, United States Magistrate Judge (via ECF)

       All counsel of record (via ECF)