Record of Conference and Orders: Vera M. Scanlon, USMJ      Date: 5/1/2018

Case: Amadei, et al. v. Duke, et al.     Status Conf. @ 12:30 PM

Civ.: 1:17-cv-05967-NGG-VMS

ECF Recording in 13A South:    ☐ Telephone Conference    ☑ In-person Conference

**1138 - 1241**

Counsel: (See separately docket entry or document for specific appearances)

☑ Counsel for Plaintiff(s) ☐ Pro Se Plaintiff(s) ☑ Counsel for Defendant(s) ☐ Pro Se Defendant(s)

Conference Type:

☐ Initial Conference ☐ Status Conference ☐ Settlement Conference ☐ Motion Hearing ☑ Discovery Conference ☐ JPTO Conference ☐ Other _____

Further to the conference, discovery and other scheduling dates are as follows:
(If dates previously set by the Court are not reset, they remain as stated in the previous order.)

☐ Motions decided on the record — [36] The motion is moot except as to II (1)(c) which was denied w/o prejudice as discussed. [31] is denied w/o prejudice as discussed.

☐ Rule 26(a) disclosures, incl. supplements

☐ Document requests to be served

☐ Interrogatories to be served

☐ Amended pleadings, incl. joinder    ☐ To be served    ☐ To be filed

    ☐ Complaint ☐ Answer    ☐ On consent ☐ By motion ☐ By PMC letter

☐ Joint status letter ☐ Stip of dismissal to be filed

☑ Status conference    Date: 9/6/18   Time: 10 AM
    ☑ In person ☐ Telephone (718) 613-2300    To be organized by:

☐ Specific depositions to be held

☑ Fact discovery closes    10/31/18

☑ Expert disclosures to be served    10/1/18

☐ Initial expert report(s) to be served

☐ Rebuttal expert report(s) to be served

☐ Expert discovery closes

☐ All discovery closes

☐ Joint letter confirming discovery is concluded

☐ Summary judgment to be initiated    ☐ PMC letter ☐ Briefing

☐ Joint pre-trial order to be filed    ☐ Letter for conference ☐ Proposed JPTO

☐ Proposed ~~confidentiality~~ Revised order to be filed    5/4/18

☐ Consent to Magistrate Judge to be filed

☐ Settlement Conference    Date:    Time:

1/2

Page __ of __

Vera M. Scanlon, USMJ
Conference Orders, Continued

Case: Amadu    Civ. A. 17-5967

Date: 5/1/2018

**Additional Orders:**

- ∆ to start rolling production by next week. Production should be complete in 90 days.
- ∏s to provide initial settlement proposal by 5/8/18 to ∆

Page 2 of 2