

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 14, 2018

Via Email
Neil K. Roman, Esq.
Joshua B. Picker, Esq.
Covington & Burling, LLP
620 Eighth Avenue
New York, NY 10018-1405
jpicker@cov.com
nroman@cov.com

   Re: *Kelley Amadei, et al. v. Kristjen Nielsen, et al.*
     <u>Case No. 17-CV-5967 (E.D.N.Y.) (Garaufis, J.) (Scanlon, M.J.)</u>

Counselors:

  Thus far, U.S. Customs and Border Protection ("CBP") has identified the following custodians who may have non-privileged documents responsive to Plaintiffs' Request for Production No. 16: (1) Francis Russo, Port Director, JFK Airport; (2) Marcellus Erdakos, Supervisory CBP Officer, JFK Airport; (3) Frank Gulin, Supervisory CBP Officer, JFK Airport; (4) Isabel Galantino, Assistant Port Director, JFK Airport; (5) Christian Schultz, CBP Officer, JFK Airport; (6) Rey Rivera Perez, CBP Officer, JFK; (7) Frank Umowski, Deputy Chief, JFK Airport; (8) Joseph Rollo, Chief, JFK Airport.  CBP reserves the right to supplement this list of custodians as additional CBP documents are collected and reviewed.

            Sincerely,

            RICHARD P. DONOGUE
            United States Attorney
      By: <u>s/ Dara A. Olds      </u>
            DARA A. OLDS
            Assistant United States Attorney
            (718) 254-6148
            dara.olds@usdoj.gov