8/15/18

Record of Conference and Orders: Vera M. Scanlon, USMJ            Date:

Case:  _Aneder_

Civ. A  _17 cv 5967_

ECF Recording in 13A South:            □ Telephone Conference            ☑ In-person Conference

_3:50 - 4:59_

Counsel: *(See separately docket entry or document for specific appearances)*
□ Counsel for Plaintiff(s) □ Pro Se Plaintiff(s) □ Counsel for Defendant(s) □ Pro Se Defendant(s)
Conference Type:

□ Initial Conference  □ Status Conference  □ Settlement Conference  ☑ Motion Hearing  □ Discovery Conference  □
□ JPTO Conference     □ Other _____

Further to the conference, discovery and other scheduling dates are as follows:
*(If dates previously set by the Court are not reset, they remain as stated in the previous order.)*
□ Motions decided on the record          _43, 45 are granted in_
                                          _part as noted, denied in part as_
□ Rule 26(a) disclosures, incl. supplements   _moot, and the request for_
                                              _atty fees is denied._
□ Document requests to be served

□ Interrogatories to be served

□ Amended pleadings, incl. joinder        □ To be served          □ To be filed

    □ Complaint □ Answer                  □ On consent □ By motion □ By PMC letter

□ Joint status letter □ Stip of dismissal to be filed

☑ Status conference                       Date: _11/19/18_ Time: _11:00 m_

    □ In person □ Telephone (718) 613-2300   To be organized by:

□ Specific depositions to be held         _1/4/18_

□ Fact discovery closes

□ Expert disclosures to be served

□ Initial expert report(s) to be served   _not anticipated_

□ Rebuttal expert report(s) to be served

□ Expert discovery closes

□ All discovery closes                    _1/4/19_

□ Joint letter confirming discovery is concluded  _1/4/19_

□ Summary judgment to be initiated        □ PMC letter □ Briefing  _2/1/19_

□ Joint pre-trial order to be filed       □ Letter for conference □ Proposed JPTO  _3/1/19_

□ Proposed confidentiality order to be filed

□ Consent to Magistrate Judge to be filed

□ Settlement Conference                   Date:            Time:

**Vera M. Scanlon, USMJ**
**Conference Orders, Continued**

Case: _Amadei_          Civ. A. _17 5967_

Date: _8_ / _15_ /2018

**Additional Orders:**

By 9/30/18, D is to complete the entire production of documents responsive to the outstanding document requests for the custodians whose DOJes already searched.

By 10/31/18, D is to produce the responsive documents held by the 14 custodians identified and discussed during the conference. If D can show any of these individuals are not proper targets, D's counsel must meet & confer w/ Π counsel and try to resolve the issues. If they cannot agree they can raise the dispute with the Court.

D will produce the documents identified in the R 26 disclosure ASAP.

Page _2_ of _3_

**Vera M. Scanlon, USMJ**
**Conference Orders, Continued**

Case: _____  Civ. A. 17 5967

Date: 8 / 15 /2018

**Additional Orders:**

Counsel are to confer as to the
deposition Schedule so that the
depositions are done by the close of
discovery, and submit a letter
if the schedule on the by 9/12/18

Defendants are reminded that
the agency and counsel, including
supporting offices, must dedicate
sufficient resources to comply
with discovery deadlines. The
Defendants have been advised that
they are expected to fully and
actively participate in the litigation.

Page 3 of 3