**COVINGTON**

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   SAN FRANCISCO
SEOUL   SHANGHAI   SILICON VALLEY   WASHINGTON

Joshua B. Picker

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T +1 212 841 1124
jpicker@cov.com

August 22, 2018

Honorable Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Amadei, et. al., v. Nielsen, et al.*, No. 17 Civ. 5967

Dear Judge Scanlon:

      We represent Plaintiffs in the above-referenced matter and write jointly on behalf of the parties to seek clarification of the Scheduling Order issued by the Court following the August 15, 2018, status conference (ECF No. 48).

      The Court's May 1, 2018, scheduling order (ECF No. 37) set a status conference on September 6, 2018, and an October 1, 2018, deadline for designating expert witnesses. The August 15, 2018, scheduling order extends discovery from October 31, 2018, to January 4, 2019, and set a new status conference for November 19, 2018, but did not adjourn the September 6 status conference or extend the deadline to designate expert witnesses.

      The parties respectfully request that the Court adjourn the September 6, 2018, status conference and modify the date by which the parties must disclose any expert witnesses from October 1, 2018, to December 3, 2018. This is the first request for an adjournment of these dates and does not affect any other deadlines in the August 15 Order.

      Respectfully submitted,

      s/ Joshua B. Picker
      Joshua B. Picker

cc:      All counsel (by ECF)