UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

KELLEY AMADEI, CAROLA CASSARO, LAURA CUCULLU, COREY FIELDS, ANNE GARRETT, AMY LANIGAN, MATT O'ROURKE, ERIC POLK, and KAREN POLK,

                        Plaintiffs,

              -against-

ELAINE DUKE, Acting Secretary of Homeland Security, named in her official capacity,

KEVIN K. MCALEENAN, Acting Commissioner, U.S. Customs and Border Protection, named in his official capacity,

LEON HAYWARD, Acting Director, New York Field Operations, U.S. Customs and Border Protection, named in his official capacity,

FRANCIS J. RUSSO, Port Director, JFK International Airport Port of Entry, U.S. Customs and Border Protection, named in his official capacity,

THOMAS HOMAN, Acting Director, U.S. Immigration And Customs Enforcement, named in his official capacity,

THOMAS DECKER, Director, New York Field Office, Enforcement and Removal Operations, U.S. Immigration And Customs Enforcement, named in his official capacity,

DAVID JENNINGS, Director, San Francisco Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement, named in his official capacity,

JOHN DOES 1 and 2, U.S. Customs and Border Protection officers, named in their official capacity,

                      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**NOTICE OF APPEARANCE**

Civil Action No.
17-CV-5967

(Garaufis, J.)
(Scanlon, M.J.)

PLEASE TAKE NOTICE that Assistant United States Attorney Matthew J. Modafferi hereby appears in the above-captioned action as counsel for defendants Elaine Duke, Kevin K. McAleenan, Leon Hayward, Francis J. Russo, Thomas Homan, Thomas Decker, and David Jennings.  The undersigned certifies that he is admitted to practice in this Court.

Dated: Brooklyn, New York
      September 7, 2018

                                        RICHARD P. DONOGHUE
                                        United States Attorney

            By:              /s/
                                        Matthew J. Modafferi
                                        Assistant U.S. Attorney
                                        271A Cadman Plaza East, 7th Floor
                                        Brooklyn, NY 11201
                                        (718) 254-6229
                                        matthew.modafferi@usdoj.gov