

U.S. Department of Justice

United States Attorney
Eastern District of New York

271 Cadman Plaza East
Brooklyn, New York 11201

September 12, 2018

*VIA ECF*

Honorable Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    **Kelley Amadei, et al. v. Kirstjen M. Nielsen, et al.**
              **Case No.: 17-CV-5967 (Garaufis, J.) (Scanlon, M.J.)**

Dear Judge Scanlon:

      This Office represents the Defendants, in the above-referenced matter. Defendants write in response to the Court's Order dated August 15, 2018, directing the parties to submit a joint letter setting forth a deposition schedule outline. *See* Dkt. No. 48 (Court's August 15, 2018 Order).

      The parties have agreed on the tentative deposition schedule below:

      Sept. 20, 2018: Dennis Starr, Immigration and Customs Enforcement Officer

      Sept. 27, 2018: Everlyn Pradoguevara, Immigration and Customs Enforcement Officer

      Oct. 2, 2018: Rey Rivera Perez, Customs and Border Protection Officer

      Oct. 4, 2018: Kelley Amadei, Plaintiff

      Oct. 22, 2018: James Bonasoro, Delta Airlines Employee

      Oct. 23, 2018: Bryan Hoffman, Delta Airlines Employee

      Oct. 25, 2018: Martha Shaffer, Delta Airlines Employee

      Oct. 26, 2018: Aimee Walsh, Delta Airlines Employee

      Dec. 4, 2018: Carola Cassaro, Plaintiff

      Defendants regrettably inform the Court that the parties were unable to submit a truly "joint" letter, as required by the Court's Order because the proposed letter, produced to defense counsel for the first time earlier today, includes discovery arguments, mischaracterizations, and unnecessarily assigns fault for items that have not been fully negotiated. *See* Dkt. No. 51 (Plaintiffs' letter regarding deposition schedule).

Accordingly, Defendants respectfully request until tomorrow to provide a response.

                                            Respectfully submitted,

                                            RICHARD P. DONOGHUE
                                            United States Attorney
                                            Eastern District of New York
                                            271 Cadman Plaza East, 7th Floor
                                            Brooklyn, New York 11201

                               By:         /s/
                                            Dara A. Olds
                                            Matthew J. Modafferi
                                            Assistant U.S. Attorneys
                                            (718) 254-6148 / (718) 254-6229
                                            Dara.Olds@usdoj.gov
                                            Matthew.Modafferi@usdoj.gov

cc:      All counsel of record via ECF