UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

KELLEY AMADEI, CAROLA CASSARO, LAURA
CUCULLU, COREY FIELDS, ANNE GARRETT,
AMY LANIGAN, MATT O'ROURKE, ERIC POLK,
and KAREN POLK,

                              Plaintiffs,

           -against-

ELAINE DUKE, Acting Secretary of Homeland
Security, named in her official capacity,

KEVIN K. MCALEENAN, Acting Commissioner,
U.S. Customs and Border Protection, named in his
official capacity,

LEON HAYWARD, Acting Director, New York
Field Operations, U.S. Customs and Border
Protection, named in his official capacity,

FRANCIS J. RUSSO, Port Director, JFK
International Airport Port of Entry, U.S. Customs and
Border Protection, named in his official capacity,

THOMAS HOMAN, Acting Director, U.S.
Immigration and Customs Enforcement, named in his
official capacity,

THOMAS DECKER, Director, New York Field
Office, Enforcement and Removal Operations, U.S.
Immigration and Customs Enforcement, named in his
official capacity, and

DAVID JENNINGS, Director, San Francisco Field
Office, Enforcement and Removal Operations, U.S.
Immigration and Customs Enforcement, named in his
official capacity, and

JOHN DOES 1 and 2, U.S. Customs and Border
Protection officers, named in their official capacity,

                              Defendants.

Civil No. 17 Civ. 5967

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned hereby appears on behalf of Plaintiffs Kelley Amadei, Carola Cassaro, Laura Cucullu, Corey Fields, Anne Garrett, Amy Lanigan, Matt O'Rourke, Eric Polk, and Karen Polk, in the above-captioned action, and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon the following attorney, duly admitted to practice before this Court:

> Michelle Choe, Esq.
> Covington & Burling LLP
> The New York Times Building
> 620 Eighth Avenue
> New York, NY 10018-1405
> (212) 841-1000
> mchoe@cov.com

Dated: New York, New York
      September 17, 2018

COVINGTON & BURLING LLP

    /s/ Michelle Choe
    Michelle Choe
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Tel: (212) 841-1000
mchoe@cov.com

*Attorneys for Plaintiffs*