```
 1                    UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF NEW YORK
 2

 3   ------------------------------------X
                                         :
 4   KELLEY AMADEI,                      :
                                         :    17-CV-05967 (NGG)
 5                  Plaintiff,           :
                                         :
 6             v.                        :    225 Cadman Plaza East
                                         :    Brooklyn, New York
 7   DUKE, et al.,                       :
                                         :    January 25, 2018
 8                  Defendants.          :
     ------------------------------------X
 9

10        TRANSCRIPT OF CIVIL CAUSE FOR INITIAL CONFERENCE
                BEFORE THE HONORABLE VERA M. SCANLON
11                UNITED STATES MAGISTRATE JUDGE

12   APPEARANCES:

13   For the Plaintiffs:        JOSHUA PICKER, ESQ.
                                NEIL ROMAN, ESQ.
14                              Covington & Burling, LLP
                                620 Eighth Avenue
15                              New York, New York 10018

16                              CECILLIA WANG, ESQ.
                                HUGH HANDEYSIDE, ESQ.
17                              ACLU Immigrant's Rights Project
                                Senior Staff Counsel
18                              125 Broad Street
                                18th Floor
19                              New York, New York 10004

20   For the Defendants:        DARA OLDS, ESQ.
                                United States Attorney's Office
21                              Eastern District of New York
                                271 Cadman Plaza East
22                              Brooklyn, New York 11201

23   Court Transcriber:         RUTH ANN HAGER, C.E.T.**D-641
                                TypeWrite Word Processing Service
24                              211 North Milton Road
                                Saratoga Springs, New York 12866
25
```

Proceedings recorded by electronic sound recording, transcript produced by transcription service.

```
                                                                    11
 1   on the merits.
 2              THE COURT:  All right.
 3              MS. OLDS:  I think those two things weigh in our
 4   favor as far as discovery being stayed until the motion is
 5   free to decide it.
 6              THE COURT:  All right.  So I'm not going to stay
 7   discovery.  I don't see it as being burdensome to the
 8   Government.  If it turns out once you've had a substantive
 9   discussion about what's needed maybe you can have a schedule
10   that stages this so that you speak about -- you deal with the
11   questions related to the incident and work your way into this
12   question of whether there is a policy, wasn't a policy,
13   whatever it is.
14              But it doesn't seem like a particularly difficult
15   case.  And I agree with the plaintiff's counsel that memories
16   fade and that seems like a good reason to move ahead, at least
17   on the particular factual questions with regard to this -- the
18   plaintiffs' experiences.
19              If it becomes too difficult, then you can raise that
20   issue again.  You can raise this with the district judge when
21   he considers the pre-motion conference letters and, you know,
22   what -- if -- what the briefing schedules should be and what
23   the issue are, but it seems to me this should go ahead.
24              So what about the point that I asked plaintiffs'
25   counsel about, which is they propose a schedule that's tied
```