Page 1

```
 1              CONFIDENTIAL - F. RUSSO
 2           UNITED STATES DISTRICT COURT
 3           EASTERN DISTRICT OF NEW YORK
    -------------------------------x
 4  KELLEY AMADEI, et al.,
 5              Plaintiffs,
                                    Civil No. 17 Civ.
 6           vs.                    (NGG)(VMS)
 7  KIRSTJEN NIELSEN, et al.,
 8              Defendant.
    -------------------------------x
 9
10           * * *CONFIDENTIAL* * *
11   VIDEOTAPED DEPOSITION OF FRANCIS J. RUSSO
12              New York, New York
13              August 30, 2018
14
15
16
17
18
19
20
21
22
23  Reported by:
24  KATHY S. KLEPFER, RMR, RPR, CRR, CLR
25  JOB NO. 146015
```

Page 133

1       CONFIDENTIAL - F. RUSSO
2  issued by the New York Field Office, do they
3  have those -- the same restrictions, that they
4  need to be not in conflict with headquarters'
5  policies; is that right?
6       A.   Yes.
7       Q.   And do they also need to be not in
8  conflict with other policies at other Field
9  Offices?
10      A.   Generally, yes, most -- the Field
11 Offices know that they should be consistent with
12 each other.
13      Q.   And are you aware of any instances in
14 which a New York Field Office policy was
15 inconsistent with another Field Office policy?
16      A.   I don't recall any at this time.
17      Q.   And what about headquarters, are there
18 any restrictions on the policies that
19 headquarters can issue?
20      A.   I'm not sure because I don't work
21 there, but, you know, generally, they -- they
22 would issue policy that is consistent with what
23 the department is asking for as well.
24      Q.   And as far as you're aware, there's no
25 policy at headquarters that deals with

Page 134

1  CONFIDENTIAL - F. RUSSO
2  identification checks of domestic passengers?
3      A.    There is no policy.
4      Q.    And there's no policy at the New York
5  Field Office relating to checks of --
6  identification checks of domestic passengers?
7      A.    There is no policy.
8      Q.    And there is no policy at the JFK Port
9  of Entry relating to identification checks of
10 domestic passengers?
11     A.    There is not.
12     Q.    And are you aware of any policy
13 relating to identification checks of domestic
14 air passengers anywhere at CBP?
15     A.    I am not aware of any policy of
16 domestic checks.
17     Q.    Again, I want to make sure my question
18 is clear that it relates to policies pertaining
19 to identification checks of CB -- of passengers
20 on domestic flights?
21     A.    There is -- yeah, there is no policy
22 of identification checks of passengers on
23 domestic flights.
24     Q.    My question is not whether there's a
25 policy requiring --

Page 135

1        CONFIDENTIAL - F. RUSSO

2    A.    Right.

3    Q.    -- identification checks.

4    A.    Uh-huh.

5    Q.    Is there a policy anywhere at CBP that
6   you're aware of that relates to the procedures
7   by which officers must follow when they are
8   checking the identification of passengers on
9   domestic flights?

10   A.    No, there is not.

11   Q.    CBP also has standard operating
12  procedures?

13   A.    Yes.

14   Q.    Sometimes they're called SOPs?

15   A.    Yes.

16   Q.    Who issues standard operating
17  procedures at CBP?

18   A.    Could be headquarters or the Field
19  Office or the port.

20   Q.    So no other entity other than those
21  three within the JFK chain of command?

22   A.    I can't think of any right now.

23   Q.    And so, in order to issue a standard
24  praying procedure, what's the process that has
25  to take place?