UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KELLEY AMADEI, *et al.*, <br><br> Plaintiffs, <br><br> -against- <br><br> KIRSTJEN NIELSEN, Secretary of Homeland Security, *et al.*, <br><br> Defendants. | Civil No. 17-CV-05967 <br><br> **NOTICE OF APPEARANCE** |

     PLEASE TAKE NOTICE that the undersigned hereby appears on behalf of Plaintiffs Kelley Amadei, Carola Cassaro, Laura Cucullu, Corey Fields, Anne Garrett, Amy Lanigan, Matt O'Rourke, Eric Polk, and Karen Polk, in the above-captioned action, and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon the following attorney, duly admitted to practice before this Court:

     Anna Diakun
     American Civil Liberties Union Foundation
     125 Broad St.—18th Floor
     New York, NY 10004
     (212) 549-2500
     adiakun@aclu.org

Dated: October 25, 2018

     */s/ Anna Diakun*
     Anna Diakun
     American Civil Liberties Union
       Foundation
     125 Broad St.—18th Floor
     New York, NY 10004
     (212) 549-2500
     adiakun@aclu.org

     *Attorney for Plaintiffs*