**Record of Conference and Orders: Vera M. Scanlon, USMJ**     Date: <u>10/25/2018</u>

Case: <u>Amadei et al v. Duke et al</u>     <u>Status Conference @ 11:30 AM</u>

Civ.: <u>1:17-cv-05967-NGG-VMS</u>

**ECF Recording in 13A South:**     ☐ Telephone Conference     ☑ In-person Conference

**Counsel:** *(See separately docket entry or document for specific appearances)*

☑ Counsel for Plaintiff(s)   ☐ Pro Se Plaintiff(s)   ☑ Counsel for Defendant(s)   ☐ Pro Se Defendant(s)

**Conference Type:**

☐ Initial Conference   ☐ Status Conference   ☐ Settlement Conference   ☑ Motion Hearing   ☐ Discovery Conference   ☐ JPTO Conference   ☐ Other _____

**Further to the conference, discovery and other scheduling dates are as follows:**
*(If dates previously set by the Court are not reset, they remain as stated in the previous order.)*

☐ Motions decided on the record    *59 & 61 denied as stated*
                                    *64 granted*

☐ Rule 26(a) disclosures, incl. supplements

☐ Document requests to be served

☐ Interrogatories to be served

☐ Amended pleadings, incl. joinder     ☐ To be served     ☐ To be filed
  ☐ Complaint ☐ Answer                 ☐ On consent ☐ By motion ☐ By PMC letter

☑ Joint status letter ☐ Stip of dismissal to be filed    *11/5/18 at 5pm*

☑ Status conference     Date: *11/6/18*     Time: *2:00 pm*
   ☑ In person ☐ Telephone (718) 613-2300    To be organized by:

☐ Specific depositions to be held

☐ Fact discovery closes

☐ Expert disclosures to be served

☐ Initial expert report(s) to be served

☐ Rebuttal expert report(s) to be served

☐ Expert discovery closes

☐ All discovery closes

☐ Joint letter confirming discovery is concluded

☐ Summary judgment to be initiated      ☐ PMC letter ☐ Briefing

☐ Joint pre-trial order to be filed      ☐ Letter for conference ☐ Proposed JPTO

☐ Proposed confidentiality order to be filed

☐ Consent to Magistrate Judge to be filed

☐ Settlement Conference     Date:          Time:

Page 1 of 2

Case: Amadei  Civ. A. 17-5967

Date: 10/25/2018

**Additional Orders:**

Counsel are to meet & confer as to 30(b)(6) and other discovery issues.

The Court ruled on the record as to the McAleenan emails & the Fernada and Groves depositions which may proceed.

It may take at least 20 depositions in this case w/o additional permission from the Court.

Page 2 of 2