UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

| | |
|---|---|
| KELLEY AMADEI, CAROLA CASSARO, LAURA CUCULLU, COREY FIELDS, ANNE GARRETT, AMY LANIGAN, MATT O'ROURKE, ERIC POLK, and KAREN POLK, <br><br>             Plaintiffs, <br><br>           v. <br><br>KIRSTJEN M. NIELSEN, Secretary of Homeland Security, named in her official capacity, <br><br>KEVIN K. MCALEENAN, Acting Commissioner, U.S. Customs and Border Protection, named in his official capacity, <br><br>LEON HAYWARD, Acting Director, New York Field Operations, U.S. Customs and Border Protection, named in his official capacity, <br><br>FRANCIS J. RUSSO, Port Director, JFK International Airport Port of Entry, U.S. Customs and Border Protection, named in his official capacity, <br><br>THOMAS HOMAN, Acting Director, U.S. Immigration And Customs Enforcement, named in his official capacity, <br><br>THOMAS DECKER, Director, New York Field Office, Enforcement and Removal Operations, U.S. Immigration And Customs Enforcement, named in his official capacity, <br><br>DAVID JENNINGS, Director, San Francisco Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement, named in his official capacity, <br><br>JOHN DOES 1 and 2, U.S. Customs and Border Protection officers, named in their official capacity, <br><br>             Defendants. | **NOTICE OF MOTION OBJECTING TO THE MAGISTRATE'S DISCOVERY ORDER** <br><br> Civil Action <br> No. 17-CV-5967 <br><br> (Garaufis, J.) <br> (Scanlon, M.J.) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

PLEASE TAKE NOTICE that on the enclosed Memorandum of Law in Support of Defendants' Motion Objecting to the Magistrate Judge's October 25, 2018 Order Denying a Stay of Discovery Pending the Court's Ruling on its Motion to Dismiss and Granting Plaintiffs Extraordinary Discovery in this APA Action, Defendants Kirstjen M. Nielsen, Kevin K. McAleenan, Leon Hayward, Francis J. Russo, Thomas Homan, Thomas Decker, and David Jennings (collectively, "Defendants") will move before the Honorable Nicholas G. Garaufis, at the United States Federal Courthouse, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, upon submission or on a date and time for oral argument to be set by this Court, for a stay of discovery pending a decision on their motion to dismiss for lack of subject matter jurisdiction and for failure to state a claim upon which relief can be granted, or in the alternative, limit the boundless discovery allowed as opposed to the narrow discovery required for APA review, and for any such other and further relief as the Court deems just and proper.

Dated: Brooklyn, New York
       November 5, 2018

                                  RICHARD P. DONOGHUE
                                  United States Attorney
                                  Eastern District of New York
                                  *Attorney for Defendants*
                                  271-A Cadman Plaza East, 7th Floor
                                  Brooklyn, New York 11201

                    By:        /s/
                                  Dara A. Olds
                                  Matthew J. Modafferi
                                  Assistant U.S. Attorneys
                                  (718) 254-6148 / (718) 254-6229
                                  dara.olds@usdoj.gov
                                  matthew.modafferi@usdoj.gov

cc:      All counsel of record (Via ECF)