**Record of Conference and Orders: Vera M. Scanlon, USMJ**      Date: 11/6/2018

Case: Amadei et al v. Duke et al      Status Conference @ 2:00 PM

Civ.: 1:17-cv-05967-NGG-VMS

**ECF Recording in 13A South:**      ☐ Telephone Conference      ☒ In-person Conference

**Counsel:** *(See separately docket entry or document for specific appearances)*

☒ Counsel for Plaintiff(s)  ☐ Pro Se Plaintiff(s)  ☒ Counsel for Defendant(s)  ☐ Pro Se Defendant(s)

**Conference Type:**

☐ Initial Conference  ☐ Status Conference  ☐ Settlement Conference  ☒ Motion Hearing  ☐ Discovery Conference  ☐ JPTO Conference    ☐ Other _____

**Further to the conference, discovery and other scheduling dates are as follows:**
*(If dates previously set by the Court are not reset, they remain as stated in the previous order.)*

☒ Motions decided on the record    [69] is granted in part and denied in part

☐ Rule 26(a) disclosures, incl. supplements
☐ Document requests to be served
☐ Interrogatories to be served
☐ Amended pleadings, incl. joinder    ☐ To be served    ☐ To be filed
   ☐ Complaint ☐ Answer    ☐ On consent ☐ By motion ☐ By PMC letter
☒ Joint status letter ☐ Stip of dismissal to be filed    1/4/19
☒ Status conference    Date: 1/8/19   Time: 11:30   >/ hr.
   ☐ In person ☐ Telephone (718) 613-2300    To be organized by:
☐ Specific depositions to be held
☐ Fact discovery closes
☐ Expert disclosures to be served
☐ Initial expert report(s) to be served
☐ Rebuttal expert report(s) to be served
☐ Expert discovery closes
☐ All discovery closes
☐ Joint letter confirming discovery is concluded
☐ Summary judgment to be initiated    ☐ PMC letter ☐ Briefing
☐ Joint pre-trial order to be filed    ☐ Letter for conference ☐ Proposed JPTO
☐ Proposed confidentiality order to be filed
☐ Consent to Magistrate Judge to be filed
☐ Settlement Conference    Date:    Time:

Page 1 of 2

**Vera M. Scanlon, USMJ**
**Conference Orders, Continued**

Case: Anadji  Civ. A. 17-5967

Date: 11/6/2018

**Additional Orders:**

The Court decided the Rule 30(b)(6) issues on the record. Counsel are expected to complete all related 30(b)(6) depositions by 12/28/18.

Page 2 of 2