

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East, 7th Floor*
*Brooklyn, New York, 11201*

January 4, 2019

**VIA ECF AND FACSIMILE**
Honorable Vera M. Scanlon
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201
Fax Number: (718) 613-2305

> Re:     **Amadei, et al. v. Nielsen, et al.**
>         **Civil Action No. 17-CV-5967 (NGG) (VMS)**

Dear Judge Scanlon:

This Office represents Defendants in the above-referenced matter.  Due to the lapse in funding to the Department of Justice and the Department of Homeland Security, the parties have not been able to confer regarding outstanding discovery for purposes of the joint letter due to be filed today and have had to postpone scheduled depositions.  Absent an appropriation, Department of Justice attorneys and affected employees of the federal government are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

Accordingly, Defendants respectfully request, with Plaintiffs' consent, an extension of time to file the joint status letter and an adjournment of the conference scheduled for January 8, 2019 at 11:00 a.m. to a date after Congress has appropriated funds to the Department of Justice and the Department of Homeland Security.

Respectfully submitted,

RICHARD P. DONOGHUE
UNITED STATES ATTORNEY

By:     *s/* _____
DARA A. OLDS
MATTHEW J. MODAFFERI
Assistant United States Attorneys
(718) 254-6148/6299
dara.olds@usdoj.gov
matthew.modafferi@usdoj.gov

*Amadei, et al. v. Nielsen, et al. 17-CV-5967 (NGG) (VMS)*

cc:    <u>Via Facsimile</u>
        Joshua Picker, Esq. – Covington and Burling, LLP (646) 441-9124
        Hugh Handeyside, Esq. – American Civil Liberties Union Foundation (212) 549-2564