**Record of Conference and Orders: Vera M. Scanlon, USMJ**   Date: 2/12/2019

Case: <u>Amadei et al v. Duke et al</u>   Status Conf. @ 3:00 PM

Civ.: 1:17-cv-05967-NGG-VMS

**ECF Recording in 13A South:**   ☐ Telephone Conference   ☑ In-person Conference

3:01 - 4:27   Sealed 3:50 - 4:01

**Counsel:** *(See separately docket entry or document for specific appearances)*

☑ Counsel for Plaintiff(s)  ☐ Pro Se Plaintiff(s)  ☑ Counsel for Defendant(s)  ☐ Pro Se Defendant(s)

**Conference Type:**

☐ Initial Conference  ☐ Status Conference  ☐ Settlement Conference  ☑ Motion Hearing  ☑ Discovery Conference  ☐ JPTO Conference  ☐ Other _____

**Further to the conference, discovery and other scheduling dates are as follows:**
*(If dates previously set by the Court are not reset, they remain as stated in the previous order.)*

☐ Motions decided on the record   [88] granted in part, denied in part, covering [87, 86, 89, 90]

☐ Rule 26(a) disclosures, incl. supplements

☐ Document requests to be served

☐ Interrogatories to be served

☐ Amended pleadings, incl. joinder   ☐ To be served   ☐ To be filed
  ☐ Complaint ☐ Answer   ☐ On consent ☐ By motion ☐ By PMC letter

☐ Joint status letter ☐ Stip of dismissal to be filed

☑ Status conference   Date: 5/14/19   Time: noon
  ☑ In person ☐ Telephone (718) 613-2300   To be organized by:

☐ Specific depositions to be held

☑ Fact discovery closes   6/30/19

☐ Expert disclosures to be served   → not anticipated

☐ Initial expert report(s) to be served

☐ Rebuttal expert report(s) to be served

☐ Expert discovery closes

☐ All discovery closes

☐ Joint letter confirming discovery is concluded

☑ Summary judgment to be initiated   ☑ PMC letter ☐ Briefing   7/31/19

☐ Joint pre-trial order to be filed   ☐ Letter for conference ☐ Proposed JPTO

☐ Proposed confidentiality order to be filed

☐ Consent to Magistrate Judge to be filed

☐ Settlement Conference   Date:   Time:

Page 1 of 3

Case: Amadei     Civ. A. 17-5967

Date: 2/12/2019

**Additional Orders:**

By 2/26/19: D to provide all identifying information as to physical characteristics and identification pedigree information (eg DOB, nationality) available to ICE / DOB / CBP on 2/12/17, as well as relevant metadata.

D to provide training materials as discussed as to the Fourth Amendment.

D to provide training materials as to the by-pass material between JFK / Miami unless D can establish the law enforcement sensitive material characteristics such that disclosure is not required.

As to [88]
(A) Privilege log for McAleenan by 2/15

Page 2 of 3

Vera M. Scanlon, USMJ
Conference Orders, Continued

Case: Amedei     Civ. A. 17 5967

Date: 2/12/2019

**Additional Orders:**

The parties are to schedule the depositions of the three witnesses whose depositions were adjourned because of the shutdown of the government.

The parties are also to schedule the Evanosky (sp?) and Murdoch depositions.

Counsel are to schedule the remaining π who has not been deposed.

Counsel will update the Court on Rule 30(b)(6) depositions by 2/22/19.

Page 3 of 3