UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

KELLEY AMADEI, et al.,

                Plaintiffs,

-against-

KIRSTJEN NIELSEN, et al.,

                Defendants.

Civil No. 17 Civ. 5967 (NGG)(VMS)

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion Objection to the Magistrate Judge's Discovery Order and the Declaration of Samantha J. Choe and Exhibits thereto, all dated March 25, 2019, to be served on March 25, 2019 on the following counsel of record by electronic mail:

    Dara A. Olds
    Matthew J. Modafferi
    Assistant United States Attorneys
    Eastern District of New York
    271 Cadman Plaza East
    Brooklyn, NY 11201

    *Attorneys for Defendants*

Dated: San Francisco, CA
         March 25, 2019

By:   s/ Samantha J. Choe
        Samantha J. Choe

Samantha J. Choe
Covington & Burling LLP
One Front Street, Suite 3307
San Francisco, CA 94111
(415) 591-6000
schoe@cov.com