UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KELLEY AMADEI, *et al.*,<br><br>              Plaintiffs,<br><br>-against-<br><br>KIRSTJEN NIELSEN, *et al.*,<br><br>              Defendants. | No. 17 Civ. 5967 (NGG) (VMS)<br><br>**NOTICE OF CHANGE OF ADDRESS** |

      The undersigned counsel for Plaintiffs in the above-captioned matter, having previously entered an appearance in this action, hereby give notice to the Court and to all parties of record of the change in counsels' office address, as indicated below:

      Clara J. Shin (cshin@cov.com)
      Samantha J. Choe (schoe@cov.com)
      COVINGTON & BURLING LLP
      Salesforce Tower
      415 Mission Street, Suite 5400
      San Francisco, CA 94105
      Telephone: 415-591-6000
      Facsimile: 415-591-6091

      The undersigned respectfully request that the Clerk of the Court and counsel of record make note of this change on their service lists.

| | |
|---|---|
| DATED: April 25, 2019 | COVINGTON & BURLING LLP<br><br>By: */s/ Samantha J. Choe*<br><br>    Samantha J. Choe<br>    Clara J. Shin<br><br>    *Attorneys for Plaintiffs* |

NY: 1180054-1