

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 10, 2019

BY ECF
Honorable Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: *Amadei, et al. v. Nielsen, et al.*, 17-CV-5967 (NGG)(VMS)

Dear Judge Scanlon:

  This Office represents the Defendants in the above-referenced matter and writes jointly with Plaintiffs to inform the Court that the parties have finalized the settlement agreement in the above-referenced matter.

  Pursuant to the Court's July 2, 2019 Order, the parties will file a stipulation of dismissal on or before September 9, 2019.

  The parties thank the Court for its attention to this matter.

          Respectfully submitted,

          RICHARD P. DONOGHUE
          United States Attorney
          Eastern District of New York
          271 Cadman Plaza East, 7th Floor
          Brooklyn, New York 11201

    By:     /s/
          Dara A. Olds
          Matthew J. Modafferi
          Assistant U.S. Attorneys

cc:  Plaintiffs' counsel (By ECF)