

*U.S. Department of Justice*

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 9, 2019

BY ECF
Honorable Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

     Re:    *Amadei, et al. v. Nielsen, et al.*, 17-CV-5967 (NGG)(VMS)

Dear Judge Scanlon:

     This Office represents the Defendants in the above-referenced matter and writes on behalf of the parties to inform the Court that the parties continue to work toward finalizing the settlement of this matter and anticipate being able to file a stipulated dismissal by September 30, 2019.

     The parties thank the Court for its attention to this matter.

                                                                         Respectfully submitted,

                                                                         RICHARD P. DONOGHUE
                                                                         United States Attorney
                                                                         Eastern District of New York
                                                                         271 Cadman Plaza East, 7th Floor
                                                                         Brooklyn, New York 11201

                                          By:         /s/
                                                                Dara A. Olds
                                                                Matthew J. Modafferi
                                                               Assistant U.S. Attorneys

cc:    Plaintiffs' counsel (By ECF)