UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

KELLEY AMADEI, CAROLA CASSARO, LAURA
CUCULLU, COREY FIELDS, ANNE GARRETT,
AMY LANIGAN, MATT O'ROURKE, ERIC POLK,
and KAREN POLK,

                Plaintiffs,

    - against -

KEVIN K. MCALEENAN, Acting Secretary of
Homeland Security, named in his official capacity,

MARK A. MORGAN, Senior Official Performing the
Functions and Duties of the Commissioner of U.S.
Customs and Border Protection, named in his official
capacity,

TROY A. MILLER, Director, New York Field
Operations, U.S. Customs and Border Protection,
named in his official capacity,

FRANCIS J. RUSSO, Port Director, JFK International
Airport Port of Entry, U.S Customs and Border Protection,
named in his official capacity,

MATT ALBENCE, Acting Director, U.S. Immigration
and Customs Enforcement, named in his official capacity,

SUSAN QUINTANA, Director, New York Field Office,
Enforcement and Removal Operations, U.S. Immigration
and Customs Enforcement, named in her official capacity,

DAVID JENNINGS, Director, San Francisco Field Office,
Enforcement and Removal Operations, U.S. Immigration
and Customs Enforcement, named in his official capacity,

JOHN DOES 1 and 2, U.S. Customs and Border Protection
Officers, named in their official capacity,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**STIPULATION AND
ORDER OF DISMISSAL**

Civil Action No.
17-cv-5967

(Garaufis, J.)
(Scanlon, M.J.)

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

1. This action shall be dismissed with prejudice.

2. The parties request that the Court direct the Clerk to enter judgment accordingly.

Dated: New York, New York
July 10, 2019

AMERICAN CIVIL LIBERTIES UNION
*Attorneys for Plaintiffs*
125 Broad Street, 18th Floor
New York, New York 10004

39 Drumm Street
San Francisco, California 94111

By: _____
Hugh Handeyside
Anna Diakun

Cecillia D. Wang
Katrina Eiland

COVINGTON & BURLING, LLP
*Attorneys for Plaintiffs*
620 Eighth Avenue
New York, New York 10018

By: _____
Neil K. Roman
Joshua B. Picker

Dated: Brooklyn, New York
July 10, 2019

RICHARD P. DONOGHUE
United States Attorney
*Attorney for Defendants*
Eastern District of New York
271 Cadman Plaza East, 7th Floor
Brooklyn, New York 11201

By: _____
Dara A. Olds
Matthew J. Modafferi
Assistant U.S. Attorneys

SO ORDERED this
_____ day of _____, 2019

_____
HONORABLE NICHOLAS G. GARAUFIS
United States District Judge